Court decisions. Movant's contention is without merit.

We find no abuse of discretion in the court's rulings on movant's motion to remove counsel and counsel's motion to withdraw, thus movant's final assignment of error is also without merit.

Judgment affirmed.

DOWD, P.J., and CRIST, J., concur.

at $150 or more, § 570.030, RSMo (Supp. 1982); and a sentence as a persistent offender, § 558.016.3, RSMo (Supp.1982), to consecutive terms of ten years imprisonment.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Gregory Keith HUNT, Appellant.

No. WD 37004.

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 28, 1986.

Application to Transfer Denied
Feb. 18, 1986.

Laura F. Higgins, Public Defender, Platte City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from a jury trial and convictions for burglary in the second degree, § 569.-170 RSMo 1978; stealing property valued

STATE of Missouri,
Plaintiff-Respondent,

v.

J.C. JONES, Defendant-Appellant.

No. 13941.

Missouri Court of Appeals,
Southern District,
Division Three.

Nov. 27, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 1985.

Application to Transfer Denied
Feb. 18, 1986.

